[No. 18382-6-I. Division One. March 7, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY D. MARSH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00784-5, Robert C. Bibb, J., entered April 28, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Coleman, JJ.

[No. 20974-4-I. Division One. March 7, 1988.]

*In the Matter of* B.A.S.

WILLIAM ORR SWAN, ET AL, *Appellants,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-7-01026-2, John M. Darrah, J., entered August 20, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 8449-3-III. Division Three. March 8, 1988.]

MARGETT H. LAUNDERVILLE SIMMONS, *Appellant,* v. WILLIAM F. BRENNER, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 85-2-00065-6, Evan E. Sperline, J., entered February 20, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8305-5-III. Division Three. March 8, 1988.]

G & L TRANSPORT, INC., *Appellant,* v. THE UTILITIES AND TRANSPORTATION COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84-2-00600-4, Bruce P. Hanson, J., entered November 26, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.